*1144 ante, p. 1054;
ante, p. 1038;
ante, p. 1054;
528 U. S. 1027;
528 U. S. 1065;
528 U. S. 1090;
*1145 No. 99-6978.
No. 99-7177.
No. 99-7178.
No. 99-7322.
No. 99-7676.
No. 99-7825.
No. 99-7860.
No. 99-7872.
No. 99-7982.
No. 99-8013.
No. 99-8029.
No. 99-8048.
No. 99-8072.
No. 99-8644.
528 U. S. 1056;
ante, p. 1055;
ante, p. 1023;
528 U. S. 1166;
ante, p. 1008;
ante, p. 1056;
ante, p. 1039;
ante, p. 1039;
ante, p. 1056;
ante, p. 1010;
ante, p. 1057;
ante, p. 1058;
ante, p. 1042; and
ante, p. 1079. Petitions for rehearing denied.